WILLIAM G. SCHMID ET AL. *v.* STEPHEN
DOERRER ET AL.
STEPHEN DOERRER ET AL. *v.* WILLIAM G.
SCHMID ET AL.
(9858)

O'CONNELL, NORCOTT and HEIMAN, Js.

Argued November 7—decision released December 3, 1991

*Geraldine Battistoli,* for the appellants (defendants in the first case, plaintiffs in the second case).

*Edward S. Domnarski, Jr.,* for the appellees (plaintiffs in the first case, defendants in the second case).

PER CURIAM. Our review of the record, briefs and oral argument convinces us that the conclusions reached by the attorney trial referee and accepted by the trial court are more than adequately supported by the subordinate facts found. *Clark* v. *Drska,* 1 Conn. App. 481, 484–85, 473 A.2d 325 (1984).

The judgment is affirmed.